**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

MICHAEL ANTHONY SMITH

v.

THE ROMAN CATHOLIC DIOCESE OF
PITTSBURGH AND HOLY FAMILY
INSTITUTE, PITTSBURGH

PETITION OF: THE ROMAN CATHOLIC
DIOCESE OF PITTSBURGH

: No. 83 WM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of November, 2019, the Application for Extraordinary Relief is DENIED.